```
DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
ANDREA L. FELLION (SBN 262278)
225 BUSH STREET, 6TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4207
TELEPHONE:    (415) 397-2700
FACSIMILE:    (415) 397-3300
cjh@dillinghammurphy.com
alf@dillinghammurphy.com

Attorneys for Defendant
YELLOW GINGER GROUP, LLC
& ANDREI SOEN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD SKAFF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>YELLOW GINGER GROUP, LLC, dba CRAB LANDING SEAFOOD AND STEAKHOUSE; ANDRE SOEN; POINT PILLAR PROJECT DEVELOPERS, LLC; and DOES 1-25, Inclusive;<br><br>　　　　Defendants. | Case No. C10-03966-JCS<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

　　　　Pursuant to Local Rule 6-1(a), the parties to the above entitled action, by and through their counsel of record, hereby stipulate to extend the time within which Defendant Andrei Soen must answer or otherwise respond to the Complaint to November 17, 2010. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

///

///

///

///

DATED: 11/16, 2010

SIDNEY J. COHEN PROFESSIONAL CORP.
SIDNEY J. COHEN

By: _____
Attorney for Plaintiff
RICHARD SKAFF

DATED: Nov. 15, 2010

DILLINGHAM & MURPHY
CARLA J. HARTLEY
ANDREA L. PELLION

By: _____
Attorneys for Defendant
YELLOW GINGER GROUP, LLC and
ANDREI SOEN

Dated: November 18, 2010

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA