E-filing

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

RICHARD SKAFF,
    Plaintiff,

No. C 10-3966 JCS

v.

**ORDER RE: ATTENDANCE**

YELLOW GINGER GROUP, LLC, et al.,
    Defendants.
             /

Date:  May 4, 2011
Mediator: Stephen Sulmeyer

   IT IS HEREBY ORDERED that the request for defendants Yellow Ginger Group, LLC and Andre Soen's insurer representative, Dara Lawall-Mitchell, to appear telephonically at the May 4 mediation before Stephen Sulmeyer is DENIED. The court finds that Ms. Lawall-Mitchell has not made adequate showing that requiring her to attend the mediation in person would cause her 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d). Accordingly, the court DENIES the request and ORDERS Ms. Lawall-Mitchell to appear in person at the mediation.

   IT IS SO ORDERED.

Dated  Apr 8, 2011  By: _____
                Elizabeth D. Laporte
                United States Magistrate Judge