SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
RICHARD SKAFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF | CASE NO.   C 10-03966 JCS |
| Plaintiff, | Civil Rights |
| V. | |
| YELLOW GINGER GROUP, LLC, dba CRAB LANDING SEAFOOD AND STEAKHOUSE; ANDRE SOEN; POINT PILLAR PROJECT DEVELOPERS, LLC; and DOES 1-25, Inclusive, | **STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 |
| Defendants. | |

Plaintiff Richard Skaff and defendants Yellow Ginger Group, LLC, dba Crab Landing Seafood And Steakhouse, Andre Soen, and Point Pillar Project Developers, LLC, by and through their attorneys of record, file this Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on September 3, 2010.

Plaintiff and defendants have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against defendants. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. The "Mutual Release And Settlement Agreement" states in part that "The court shall retain jurisdiction to enforce this Settlement Agreement,..." Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

Stipulation And Order For Dismissal

1  Defendants, who have answered the Complaint, agree to the dismissal with
2  prejudice.
3  This case is not a class action, and no receiver has been appointed.
4  This Stipulation and Order may be signed in counterparts, and electronic and
5  facsimile signatures shall be as valid and as binding as original signatures.
6  Wherefore, plaintiff and defendants, by and through their attorneys of record,
7  so stipulate.

8  Date: 6/8/11                    SIDNEY J. COHEN
                                   PROFESSIONAL CORPORATION

                                   /s/ Sidney J. Cohen
                                   _____
                                   Sidney J. Cohen
                                   Attorney for Plaintiff Richard Skaff

12 Date: 6/8/11                    DILLINGHAM & MURPHY, LLP

                                   /s/ Carla J. Hartley
                                   _____
                                   Carla J. Hartley
                                   Andrea Fellion
                                   Attorneys for Defendants Yellow Ginger
                                   Group, LLC, dba Crab Landing Seafood
                                   And Steakhouse, and Andre Soen

17 Date: June 8, 2011              LAW OFFICE OF FREDERICK L.
                                   LYON, SR.

                                   /s/ Frederick L. Lyon, Sr.
                                   _____
                                   Frederick L. Lyon, Sr.
                                   Attorney for Defendant Point Pillar Project
                                   Developers, LLC

22 PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:
23  The lawsuit against defendants is dismissed with prejudice. The Court shall
24 retain jurisdiction to enforce the parties' "Mutual Release And Settlement
25 Agreement."
26 Date:  06/09/11
                                   _____
                                   Joseph C. Spero
                                   United States Magistrate Judge

Stipulation And Order For Dismissal                -1-